# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TIA LATRICE HARRELL,

    Defendant.

Case No. MJ 09-607

**DETENTION ORDER**

Offense charged:

Social Security Fraud, Aggravated ID Fraud and Felon in Possession of Ammunition

Date of Detention Hearing: January 6, 2010.

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

    FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

Defendant appeared for a detention hearing in this case and CR 07-382-RAJ, a case in which a warrant for her arrest was issued based on alleged violations of supervised release.

DETENTION ORDER - 1

Defendant was convicted of Possession of Stolen Property in 2003, ID theft in 2007 and Bank Fraud in this District in 2008. She is on active supervision. She has violated her supervision by using another person's identification and social security number to visit a felon at a state prison and smuggling contraband to him. When her residence was searched, a social security card belonging to another person was found in her room and ammunition was found in a common area. Additionally another individual with a felony conviction was present at the residence.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshall, and to the United States Pretrial Services Officer.

DATED this 6th day of January, 2010.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge